## Soriano *v.* Ubarri.

### Apelación procedente de la Corte de Distrito de San Juan.

No. 95.—Resuelto en marzo 25, 1904.

Defensa por Pobre.—Para que puedan dispensarse los beneficios de la defensa gratuita, después de presentada una demanda, es necesario que el actor justifique cumplidamente que ha venido al estado de pobreza después de haber entablado el pleito.

### EXPOSICIÓN DEL CASO.

*Vistos* estos autos seguidos en el Tribunal de Distrito de San Juan por Isaac Soriano, sobre defensa por pobre para litigar con Don Pablo Ubarri Iramategui, pendientes ante nos a virtud del recurso de apelación interpuesto por el promovente contra la sentencia pronunciada por el Tribunal de Distrito, la que copiada a la letra dice así:

"*Sentencia.* En la ciudad de San Juan de Puerto Rico, a 29 de junio de 1903. Visto en juicio oral y público este expediente de defensa por pobre promovido por Isaac Soriano, representado por el Letrado Don Luis Freyre Barbosa, para litigar con Don Pablo Ubarri Iramategui, representado también por el Letrado Don Hilario Cuevillas Hernández.

"*Resultando:* que Isaac Soriano promovió demanda de pobreza para litigar con Don Pablo Ubarri por haberlo lanzado del terreno que ocupaba, únicos bienes que poseía, sentando como hechos: es natural y vecino de Santurce, donde siempre ha vivido, que es casado con Juana Cortijo de 70 años, y por su edad, no tiene profesión ni oficio alguno, habitando en un bohío en el 'Seboruco,' Santurce, sin pagar

alquiler, no poseyendo él ni su esposa e hijos bienes ni rentas de ninguna clase; siendo el derecho el artículo 14 de la ley, debiendo declararse pobre los que, graduados sus productos, no excede del doble jornal de un bracero en la localidad; y que habiendo sido (*) lanzado del terreno que ocupaba y lo único que poseía, ha venido al, estado de pobreza, después de entablado el pleito.

"*Resultando:* que agregada la comunicación del Tesorero en su contestación de no constar en los archivos de su oficina se haya hecho pago alguno por cuenta de contribuciones ni directa ni indirectamente por Isaac Soriano, durante el último, ni el actual año fiscal, contestó Don Pablo Ubarri oponiéndose a la declaratoria, porque no hace mucho siguió pleito con él ante el juzgado municipal de San Francisco y allí se defendió como rico; que no sabe si después ha ocurrido algo que lo constituya en estado de pobreza y que Ubarri estará y pasará por el resultado de la prueba; dándose por contestada la demanda por el Sr. Fiscal, a instancia del actor.

"*Resultando:* que abierto a prueba, de las del actor consta: 1, Certificación del juez municipal de San Francisco que la demanda de Ubarri contra Soriano, por desahucio, tiene fecha 17 de junio de 1901; que el fallo del tribunal municipal es de 22 de agosto del propio año, y la sentencia del Tribunal de Distrito de San Juan es de 18 de septiembre del mismo año, siendo la diligencia de lanzamiento, de 31 de octubre de 1901; 2, certificación del secretario de este tribunal, de que la demanda de interdicto fué presentada en 19 de junio de 1901; 3, declaran dos testigos que Soriano vivía del producto de 200 cuerdas y que había un bohío, cocos, leñas y demás cosas, dejando de percibir tales productos al ser lanzado de la finca en el desahucio promovido por Don Pablo Ubarri; que Soriano tiene 70 años y por eso no puede trabajar, no declarando sobre este último extremo uno de los testigos.

"*Resultando:* de la.prueba del demandado Ubarri: 1, Certificación del secretario del juzgado municipal de haber promovido Soriano insolvencia en el desahucio que le siguió aquél y sustanciado se dictó sentencia en 18 de julio de1901, declarándola sin lugar con las costas, sin haber interpuesto recurso alguno Soriano; que en el juicio de desahucio por Ubarri promovido consta una boleta de demanda fundada en ser empleado de Ubarri para cuidar una finca y que destituído del empleo se ha negado a desalojar el rancho en que vive y que por pre-cario le concedió 30 días para desocupar, siendo, además, (*) requerido por el juzgado, dictándose sentencia en 22 de agosto del referido año declarando con lugar la demanda, condenando a Isaac Soriano desaloje

el bohío dentro de ocho días apercibido de lanzamiento, siendo apelada esa sentencia por el condenado, la que fué confirmada por el tribunal de distrito; 2, certificación del secretario de este tribunal de la sentencia mencionada en 18 de septiembre del tantas veces repetido año 1901, confirmando la apelada con las costas.

"*Resultando:* que terminada la prueba, el defensor de Ubarri pide la nulidad del juicio por no haberse llenado en la demanda el requisito 3 del artículo 28, que declarada sin lugar por el tribunal por los fundamentos que en el acta consta, protestó dicho defensor; y continuado el juicio, las partes alegaron lo que estimaron convenientes. Siendo ponente el Juez Presidente Don Juan Morera Martínez.

"*Considerando:* que examinada la prueba en conjunto, no consta acreditado deban concederse a Isaac Soriano los beneficios que la ley otorga a los que solicitan la defensa por pobre; y que siendo la reclamación que intenta la derivada del lanzamiento del terreno que dice que ocupaba que de autos aparece fué por desahucio en el que solicitó ser defendido como pobre y sustanciado el incidente, se declaró sin lugar el concederle el beneficio de pobreza.

"*Considerando:* que por ello en su tercer punto de derecho sentó que en ese caso se debe justificar, ha venido al estado de pobreza después de entablado el pleito lo que dice concurre en Soriano y extremo no comprobado por no constar fuera dueño del terreno desocupado demostrándolo al tratarse de un desahucio.

"*Fallamos:* que debemos declarar y declaramos sin lugar con las costas la demanda de pobreza promovida por Isaac Soriano y absolvemos de ella a Don Pablo Ubarri.

"Así por esta nuestra sentencia, lo pronunciamos, mandamos y firmamos: Juan Morera Martínez, Frank H. Richmond, José Tous Soto." (*)

*Resultando:* que contra esta sentencia interpuso apelación la representación del demandante Isaac Soriano, la que le fué admitida libremente y en ambos efectos, con citación y emplazamientos de las partes, y que personadas éstas ante este Tribunal Supremo y tramitado en forma el recurso, se señaló día para la vista, a cuyo acto concurrieron los abogados defensores de las partes y el Fiscal de este tribunal, que se adhirió al recurso.

Abogado del apelante: *Sr. Luis Freyre.*

Abogado del apelado: *Sr. Texidor.*

Abogado del Pueblo: *Sr. del Toro, Fiscal.*

EL JUEZ PRESIDENTE SR. QUIÑONES, después de exponer los hechos anteriores, emitió la opinión del tribunal.

*Aceptando* los fundamentos de hecho de la sentencia apelada.

*Considerando:* que si bien con arreglo al artículo 24 de la Ley de Enjuiciamiento Civil, cuando el actor no haya solicitado la defensa por pobre antes de presentar su demanda, si la pide después, no podrá otorgársele, si no justifica cumplidamente que ha venido al estado de pobreza después de haber entablado el pleito; encontrándose precisamente en este caso el demandante Isaac Soriano, toda vez que de la prueba practicada resulta que después de entablado el interdicto que tenía promovido contra Don Pablo Ubarri Iramategui, ha sido desahuciado por éste y lanzado de la finca rústica que poseía, y con cuyos productos venía atendiendo a su subsistencia y la de su familia, y apareciendo, además, justificado por las declaraciones de los testigos que declararon en el juicio oral, que no posee otros bienes, ni rentas, y que es un anciano mayor de 70 años, que no puede atender a su subsistencia con el producto de su trabajo personal, tiene perfecto derecho a que se le dispensen los beneficios de la defensa gratuita.

*Vistos* los artículos 13, 15 y 24 de la Ley de Enjuiciamiento Civil.(*)

*Fallamos:* que debemos revocar y revocamos la sentencia apelada, declarando al demandante Isaac Soriano pobre para litigar con Don Pablo Ubarri Iramategui, sin especial condenación de costas.

Jueces concurrentes: Sres. Hernández, Figueras y Mac-Leary.

El Juez Asociado Sr. Sulzbacher no formó tribunal en la vista de este caso.